IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2018 FEB 12 P 2:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

KENNETH Earl Morris SR, 163573 )
Full name and prison number )
of plaintiff(s) )
)
v. )   CIVIL ACTION NO. 1:18-CV-106-WHA-WC
)   (To be supplied by Clerk of
LoRi Collier INGram )   U.S. District Court)
LaDonna B. Spivey )
Nancy A. BerryHill )
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s)  N/A

            Defendant(s)  N/A

        2.  Court (if federal court, name the district; if state court, name the county)  N/A
            N/A

3. Docket number **N/A**

4. Name of judge to whom case was assigned **N/A**
   **N/A**

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) **N/A**
   **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Draper Correctional Facility, 2828 Hwy 143.N Elmore, AL, 36025**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED **Houston County Jail 901 E. Main St Dothan, AL, 36301**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                   ADDRESS
   1. Lori Collier Ingram, 114 N. Oats St Dothan, AL, 36301
   2. LaDonna B. Spivey, 122 N. Court Sq Ozark, AL, 36361
   3. Nancy A. Berryhill, #1500 Woodlawn Dr, Baltimore, MD, 21241-1500
   4.
   5.
   6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **February 13, 2012 Still Continueing Now.**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **4th Amendment, 5th Amendment, 6th Amendment, 13th Amendment, 14th Amendment**

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On Feburary 17, 2010 A Hearing was Held For Findings/Recommendation/order establishing Paternity And setting Amount of Child-Support. This was Done when I was Able To Work, I was order To Pay $506.00 per month, commencing on March-01-2010 (Exh #A) On Feburary 8, 2011 A Court order was Enter For Continuing, See Attach Page

**GROUND TWO:** 13th And 14th Amendment

**SUPPORTING FACTS:** I was Denied Due process Rights When Ladonna B Spivey and Lori Collier Ingran and Nancy A Berryhill Took My SSI Benefits Without Given Any Notice To Garnishee My SSI Benefits or To Terminate My SSI Benefit

**GROUND THREE:** Violation of Oath of Office Artic1 XVI

**SUPPORTING FACTS:** While Acting in violation of Their Offical Oath of Office And in Their personal And Individual Capacity, Lori Collier Ingram, Ladonna B. Spivey And Nancy A. Berryhill Did Take by Theft And Fraud did Take The Entire Accurred Amount of Soc Sec Benefits in the Account of Kenneth E. Morris, Sr.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I'm Seeking Punitive Damages They caused me when They Garnishee my check For $586.00 A month And I had To Live on $334.00 A Month. I was and still is in A Life of Poverty. Pay Punative damage In Compliance with B.M.W OF America, INC V DR. IRA Gore, 134 L.Ed 2d 809 (1996)

Kenneth Earl Morris, SR
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on FEBRARY - 9 - 2018.
(Date)

Kenneth Earl Morris, SR.
Signature of plaintiff(s)

4

Continuing From Pg #3

Garnishment This order was Done by District Court Judge Lori Collier INGram of Houston County, AL (Exhibit-B). On Jan 27, 2012 Agent or Attorney For DHR Ladonna B. Spivey Filed A motion For Continuing Garnishment, This motion was To Garnishee My SSI Benefits For ARRear Child support and Current Child support (Exhibit-C) Also See (Page #2 of Exhibit-C) where Agent Ladonna B. Spivey stated That She mailed A Copie of This motion To My Correct Mailing Address of 213 Bennett St Headland, AL, 36345, which is Not Correct. My Correct Address on ALL Documents Concerning DHR was 826 Duke St Dothan, AL, 36301, (Exhibit-A) On Feburary 13, 2012 Agent For DHR Ladonna B. Spivey who Filed motion For Continuing Garnishment was Granted Process of Garnishment For The payment of Child Support ARRearage From Potential Lump sum payment From my SSI Benefits (see Exhibit D). I was Never Affored Any Notice of This Action until After A Default in Judgment Had Been ENTER on Me. I Received This Notice At The Houston County Jail. (See Exhibit-D) Back of page. This Action violated my 5th Amendment- NOR Be deprived of Life, Liberty, or property without Due process of Law NOR Shall private property be TAKEN For public use, without Just Compensation (6th Amendment - Procedural Rights, To be Informed of The Nature and Cause of The Accusation. (13th Amendment - NOR Involuntary servitude) (14th Amendment - No state Shall Make or Enforce Any law which Shall ABridge The privileges or Immunity of Citizens of The United States; NOR Shall Any state deprive Any person of Life, Liberty or property, without Due process of Law; NOR Deny To Any person within its Jurisdiction

The Equal Protection of The Laws). These Amendments was violated by The Named Defendants in This Cause of Action. I was Never Given Any Notice of This Action Nor was I Given The Opportunity To Seek Counsel To Protect My Rights Secured by The United States Constitution

KENNETH E. Morris SR
AIS #163573-B1-7A
2828 Hwy 143. N
Elmore. AL. 36025

United States District Court
Clerk's Office
Debra P. Hackett - Clerk
1 Church St-SHE-B110
Montgomery, AL, 36104

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."