IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KENNETH E. MORRIS, )
)
   Plaintiff, )
)
v. ) CIVIL ACT. NO. 1:18-cv-106-ECM
)
LORI COLLIER INGRAM, *et al.*, )
)
   Defendants. )

# **O R D E R**

On May 9, 2019, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 41). After an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The United States Magistrate Judge's Recommendation (doc. 41) be and is hereby ADOPTED.

2. The Defendants' Motions to Dismiss (docs. 19, 21, & 25) be and are hereby GRANTED.

3. This case be and is hereby DISMISSED with prejudice.

A separate Judgment will be entered.

DONE this 21st day of June, 2019.

                    /s/ Emily C. Marks
              EMILY C. MARKS
              CHIEF UNITED STATES DISTRICT JUDGE